HUY M. LE (MA Bar No. 697256)
Trial Attorney

United States Department of Justice
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 353-4028
Huy.M.Le2@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NICOLE GIVOVICH; ROBERTO MARTINEZ OLIVERA, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | CASE NO. 4:24-00848-HSG <br><br> **STIPULATION TO PROPOSED SCHEDULE FOR SERVICE OF THE CERTIFIED ADMINISTRATIVE RECORD AND THE PARTIES' SUMMARY JUDGMENT BRIEFING; ORDER (as modified)** <br><br> Honorable Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for Defendants' service of the certified administrative record and the parties' summary judgment briefing. The parties conferred and agreed that the Court should grant the parties' request for the following schedule:

    1.    Defendants will serve Plaintiffs with the certified administrative record by May 30, 2024.

    2.    Plaintiffs will file their motion for summary judgment by July 1, 2024.

    3.    Defendants will file their cross motion for summary judgment and opposition to Plaintiffs' motion by July 31, 2024.

    4.    Plaintiffs will file their reply and opposition to Defendants' cross motion by August 21, 2024.

    5.    Defendants will file their reply in support of their cross motion for summary judgment by

September 11, 2024.

6. The parties will notice the hearing on their cross motions for summary judgment for October 3, 2024, at 2:00 p.m.

The parties respectfully request that the Court grant their stipulation.

DATED: May 10, 2024                                   Respectfully submitted,[1]

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

*/s/ Huy M. Le*
HUY M. LE
Trial Attorney

*Attorneys for Defendants*

DATED: May 10, 2024                                   */s/ Stacy Tolchin*
STACY TOLCHIN
Law Offices of Stacy Tolchin

*Attorney for Plaintiffs*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  5/10/2024

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
4:24-00848